Same case below, 412 Fed. Appx. 532.

**No. 11-6379. Antonio Velasquez, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 468, 181 L. Ed. 2d 306, 2011 U.S. LEXIS 7572.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 424 Fed. Appx. 600.

**No. 11-6389. Geronimo Hernandez-Herrera, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 469, 181 L. Ed. 2d 306, 2011 U.S. LEXIS 7573.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 429 Fed. Appx. 382.

**No. 11-6401. Hector Mario Galindo, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 469, 181 L. Ed. 2d 306, 2011 U.S. LEXIS 7582.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 11-6404. Kevin Anthony Hickman, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 469, 181 L. Ed. 2d 306, 2011 U.S. LEXIS 7518.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 626 F.3d 756.

**No. 11-6412. Stephfon Cover, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 469, 181 L. Ed. 2d 306, 2011 U.S. LEXIS 7493.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 11-6421. Eusebio Vela, Petitioner v. United States.**

565 U.S. 969, 132 S. Ct. 469, 181 L. Ed. 2d 306, 2011 U.S. LEXIS 7468.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 430 Fed. Appx. 288.

**No. 11-6423. Gary Kevin Adkins, Petitioner v. United States.**

565 U.S. 970, 132 S. Ct. 470, 181 L. Ed. 2d 306, 2011 U.S. LEXIS 7591.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 429 Fed. Appx. 471.

**No. 11-6431. Froilan Cardenas, Petitioner v. United States.**

565 U.S. 970, 132 S. Ct. 470, 181 L. Ed. 2d 306, 2011 U.S. LEXIS 7549.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.